IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE : | |
| : | Chapter 7 |
| DALE BENESH : | |
| : | Bankruptcy Case No. |
| : | |
| Debtor. : | |

### DEBTOR'S STATEMENT REGARDING PAYMENT ADVICES

COMES NOW Debtor in the above-referenced matter and states that Debtor is unemployed and has not received any payment advices within the last 60 days.

*s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz  AT0000438
For BEECHER, FIELD, WALKER, MORRIS, HOFFMAN & JOHNSON, P.L.C.
602 Lafayette St.
P.O. Box 178
Waterloo, IA 50704
(319) 234-1766
(319) 234-1225 (fax)

ATTORNEY FOR DEBTOR