IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-00423 |
| | ) | Chapter 7 |
| DALE BENESH | ) | |
| | ) | ORDER RE: RELIEF |
| Debtors. | ) | FROM AUTOMATIC STAY WITH CONSENT |

The Creditor, University of Iowa Community Credit Union, has filed a Motion to Lift Stay on April 22, 2019. The Motion to Lift Stay has been consented by the Debtor's Attorney, Kevin Ahrenholz, and Trustee, Sheryl Schnittjer.

With there being no objection by either party, the Plaintiff's Motion to Lift Stay is hereby GRANTED.

Therefore, it is hereby Ordered that: The creditor, University of Iowa Community Credit Union, is granted relief from the automatic stay to pursue its in rem remedies under applicable law. Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply. As required by any applicable federal rule or statute, the filer shall serve this order on all appropriate parties (except those parties who will receive notice of electronic filing). This order has been entered on the docket as directed by the Judge assigned to the case.

Dated and Entered:
April 23, 2019

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE